No. 704. WALDON *v.* UNITED STATES. February 26, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *John Waldon, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. W. Marvin Smith, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 798. SAFEWAY STORES, INC. *v.* BOWLES, PRICE ADMINISTRATOR. February 26, 1945. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. *Messrs. Elisha Hanson* and *Eliot C. Lovett* for petitioner. *Solicitor General Fahy* for respondent.

No. 799. SAFEWAY STORES, INC. *v.* BOWLES, PRICE ADMINISTRATOR. February 26, 1945. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. *Messrs. Elisha Hanson* and *Eliot C. Lovett* for petitioner. *Solicitor General Fahy* for respondent.

No. 819. CENTRAL DISPENSARY & EMERGENCY HOSPITAL *v.* NATIONAL LABOR RELATIONS BOARD. February 26, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Joseph C. McGarraghy* for petitioner. *Solicitor General Fahy, Mr. Alvin J. Rockwell, Misses Ruth Weyand* and *Margaret M. Farmer* for respondent.

No. 822. FRANKLIN ET AL. *v.* CITY OF NEW YORK ET AL. February 26, 1945. Petition for writ of certiorari to the